WELLS FARGO BANK *v.* PAUL HARRIS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 29252) is denied.

*Paul Harris*, pro se, in support of the petition.

Decided June 25, 2008

STATE OF CONNECTICUT *v.* MARK J. DESPRES

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 164 (AC 27523), is denied.

*Mark J. Despres*, pro se, in support of the petition.

*Timothy F. Costello*, deputy assistant state's attorney, in opposition.

Decided July 1, 2008

STATE OF CONNECTICUT *v.* EDWIN F. RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 685 (AC 27565), is denied.

*Alice Osedach*, assistant public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided July 1, 2008